# WENGER & ARLIA, ESQS.
## ATTORNEYS AT LAW
20 Vesey Street, Suite 210
New York, NY 10007
Tel: (212) 566-6262 – Fax: (212) 608-6262

April 15, 2019

Hon. Joanne Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  United States v. Jeffrey Miller
     18 CR 614 (JS)

Dear Judge Seybert:

     As you are aware, the law firm of Wenger & Arlia Esqs. has been retained to represent the defendant, Jeffrey Miller, in the above-referenced prosecution.

     The purpose of this letter is to request permission for Mr. Miller to travel with his wife to Mount Olive, New Jersey from June 22, 2019 through June 23, 2019 to be with their son, daughter-in-law and infant grandson while their son and daughter-in-law attend a wedding and the surrounding festivities that weekend.  They will be staying at the Marriott Residence Hotel in Mt. Olive, New Jersey.

     AUSA Charles Rose has consented to such travel request on behalf of the Government.  Mr. Miller awaits your approval.  Thank you for your prompt attention to this matter.

                                       Respectfully yours,

                                       *John Arlia*

JA:ma                                John Arlia (JA)6781