# FRITZ SCHELLER, P.L.
## ATTORNEY AT LAW

200 E. ROBINSON STREET, SUITE 1150
ORLANDO, FLORIDA 32801
TELEPHONE:  (407) 792-1285
FACSIMILE:  (407) 513-4146

**FRITZ SCHELLER**                                                                 E-MAIL: FSCHELLER@FLUSALAW.COM

April 19, 2019

**Via ECF**
The Honorable Joanna Seybert
United States District Court Judge
100 Federal Plaza
Central Islip, New York 11722

      Re*: United States v. Christian Romandetti, et al,* Case No.: 2:18-cr-00614-JS-GRB

Your Honor:

      Mr. Romandetti's status conference is set for April 26, 2019. Mr. Romandetti requests an adjournment until April 26, 2019, pursuant to Rule 45 of the Federal Rules of Criminal Procedure. *See* Fed. R. Crim. P. 45(b)(1).[1] The Government and counsel for Frank Sarro agree with this request.

      The request for a continuance is based on the parties' need to complete the discovery and plea negotiation process which cannot be finished by April 26, 2019. Because this case involves a significant amount of discovery, the Government is currently indexing the discovery and conducting a process to make the discovery searchable. My client agrees with the requested continuance and waives his speedy trial rights. Thank you in advance for your consideration.

                                               Sincerely,

                                               *s/ Fritz Scheller*
                                               Fritz Scheller

cc:    All parties via ECF

---

[1] Fed. R. Crim. P 45(b)(1) states, in pertinent part, that:

> [w]hen an act must or may be done within a specified period, the court on its own may extend the time, or for good cause may do so on a party's motion made:
>
> (A) before the originally prescribed or previously extended time expires.