# FRITZ SCHELLER, P.L.
## ATTORNEY AT LAW

200 E. ROBINSON STREET, SUITE 1150
ORLANDO, FLORIDA 32801
TELEPHONE: (407) 792-1285
FACSIMILE: (407) 649-1657

**FRITZ SCHELLER**      E-MAIL: FSCHELLER@FLUSALAW.COM

September 12, 2019

**VIA ECF**
The Honorable Joanna Seybert
United States District Court Judge
100 Federal Plaza
Central Islip, New York 11722

Re: *United States v. Christian Romandetti, et al,* Case No.: 2:18-cr-00614-JS-GRB

Your Honor:

Mr. Romandetti's status conference is set for September 20, 2019. Mr. Romandetti requests an adjournment until December 2019, pursuant to Rule 45 of the Federal Rules of Criminal Procedure. *See* Fed. R. Crim. P. 45(b)(1).[1] The Government and counsel for Frank Sarro agree with this request.

The request for a continuance is based on the parties' need to complete the discovery and plea negotiation process. Because this complex case involves a significant amount of discovery, including financial records, the Government was not able to make their discovery production until June 4, June 12 and June 27, 2019. As a result, counsel for both co-defendants need additional time to complete their discovery review. Because my client agrees with the requested continuance, he is waiving his speedy trial rights. Thank you in advance for your consideration.

Sincerely,
*s/ Fritz Scheller*
Fritz Scheller

cc: All parties via ECF

---

[1] Fed. R. Crim. P 45(b)(1) states, in pertinent part, that:

[w]hen an act must or may be done within a specified period, the court on its own may extend the time, or for good cause may do so on a party's motion made:

(A) before the originally prescribed or previously extended time expires.