# FRITZ SCHELLER, P.L.
## ATTORNEY AT LAW

200 E. ROBINSON STREET, SUITE 1150
ORLANDO, FLORIDA 32801
TELEPHONE: (407) 792-1285
FACSIMILE: (407) 649-1657

**FRITZ SCHELLER**      E-MAIL: FSCHELLER@FLUSALAW.COM

August 19, 2020

**VIA ECF**
The Honorable Joanna Seybert
United States District Court Judge
100 Federal Plaza
Central Islip, New York 11722

    Re: *United States v. Christian Romandetti, et al,* Case No.: 2:18-cr-00614-JS-GRB

Your Honor:

    Mr. Romandetti's and Mr. Sarro's status conferences are set for August 20, 2020. After consulting with the Government, the Defendants request an adjournment of sixty days, pursuant to Rule 45 of the Federal Rules of Criminal Procedure. *See* Fed. R. Crim. P. 45(b)(1).[1] The Government does not oppose the request.

    The request for a continuance is based on the parties' expectation that they will resolve this case by plea and need additional time to complete the process. If the Court requires additional information concerning the plea negotiation process, the parties request that they be allowed to provide this information, based on its sensitive nature, under seal. Because the Defendants agree with the requested continuance, they are waiving their speedy trial rights. Thank you in advance for your consideration.

                                    Sincerely,
                                      *s/ Fritz Scheller*
                                      Fritz Scheller

cc:    All parties via ECF

---

[1] Fed. R. Crim. P 45(b)(1) states, in pertinent part, that:

    [w]hen an act must or may be done within a specified period, the court on its own may extend the time, or for good cause may do so on a party's motion made:

    (A) before the originally prescribed or previously extended time expires.