CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: SEYBERT,J.   DATE: 10/20/2020   TIME: 11:30

DOCKET NUMBER: CR 18-614   TITLE: USA-V-

DEFT NAME: CHRISTIAN ROMANDETTI                    DEFT: #1
   **X** PRESENT   ___ NOT PRESENT   ___ IN CUSTODY   **X** ON BAIL

   ATTY. FOR DEFT.: FRITZ SCHELLER         C.J.A.
          **X** PRESENT       ___ NOT PRESENT   **X** RET
                                        FED. DEF. OF NY, INC.

DEFT NAME: FRANK SARRO                              DEFT: #2
   **X** PRESENT   ___ NOT PRESENT   ___ IN CUSTODY   **X** ON BAIL

   ATTY. FOR DEFT.: MAUREEN HOERGER        **X** C.J.A.
          **X** PRESENT       ___ NOT PRESENT   ___ RET
                                        FED. DEF. OF NY, INC.


A.U.S.A. CHARLES ROSE            DEPUTY CLERK: CHARLES BARAN


COURT REPORTER:   **X** M. FOLEY      ___ F. GUERINO
   ___ P. LOMBARDI   ___ M. STEIGER   ___ D. TURSI   ___ O. WICKER


**X** CASE CALLED. ALL COUNSEL PRESENT. PHONE CONFERENCE HELD.

**X** CASE ADJOURNED TO 12/15/2020 AT 2:00PM FOR STATUS (PHONE).

___ MOTION CONFERENCE HELD ON _____'S MOTION TO
_____

   ___ ARGUMENT HEARD     ___ MOTION GRANTED.
   ___ MOTION DENIED.     ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

**X** SPEEDY TRIAL INFORMATION:
   CODE TYPE: X-        START DATE: 10/20/2020   XSTRT
                        STOP DATE:  12/15/2020   XSTOP

___ DEFT. CONTINUED IN CUSTODY.

**X** DEFTS. CONTINUED ON BAIL.

___ JURY SELECTION & TRIAL SCHEDULED FOR _____

___ MOTIONS TO BE MADE BY _____

___ **RESPONSE BY GOVERNMENT BY** _____

___ **REPLY IF ANY BY** _____

_X_ **OTHER: SPEEDY TRIAL TIME EXCLUDED DUE TO PLEA NEGOTIATIONS.**