# FRITZ SCHELLER, P.L.
## ATTORNEY AT LAW

200 E. ROBINSON STREET, SUITE 1150
ORLANDO, FLORIDA 32801
TELEPHONE: (407) 792-1285
FACSIMILE: (407) 649-1657

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 26 2021 ★
LONG ISLAND OFFICE**

**FRITZ SCHELLER**

E-MAIL: FSCHELLER@FLUSALAW.COM

April 23, 2021

The Honorable Joanna Seybert
United States District Court Judge
100 Federal Plaza
Central Islip, New York 11722

    Re:    *United States v. Christian Romandetti, et al*, Case No.: 2:18-cr-00614-JS-GRB,
            **Unopposed Motion to Allow Travel**

Your Honor:

    The Defendant, Christian Romandetti moves this Honorable Court to allow him to travel on April 25 and April 29, 2021, respectively, from his residence in Florida to Savannah, Georgia, returning to his residence in Florida on the same dates of travel. The purpose of this request is to drive his spouse to the JW Marriott Savannah Plant Riverside District hotel for her vacation. Mr. Romandetti will remain at his Florida residence during the vacation, except for the listed travel days.

    Mr. Romandetti is currently on pretrial supervision release and has been compliant with all of his conditions of release. Both the government and pretrial release do not oppose this request.

    Pursuant to 18 U.S.C. § 3142(c), a court has the authority to amend the conditions of a defendant's pretrial release. In the instant case, Mr. Romandetti's requested modification is reasonable. He has complied with the conditions of his pretrial release and the requested modification will not impact his appearance bond in this matter. Thank you in advance for your consideration.

                                                Sincerely,

                                               *s/ Fritz Scheller*
                                               Fritz Scheller

**SO ORDERED:**

/s/ Joanna Seybert, USDJ
Dated: 4-26-21
Central Islip, NY

cc:    All parties via email and ECF