# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X
UNITED STATES OF AMERICA

-against-

Christian Romandetti, Sr. et al.          ,

**Defendant**

-------------------------------------------------X

```
                    FILED
              IN CLERK'S OFFICE
         U.S. DISTRICT COURT E.D.N.Y.
         ★    MAY 24 2022    ★
              LONG ISLAND OFFICE
```

### STANDARD PLEA FORM

____18____ -CR- ____0614____ (JS)

THE DEFENDANT IS OBLIGATED TO READ AND COMPLETE

THE QUESTIONS AS SET FORTH BELOW.

THE GOVERNMENT MUST FIRST ANSWER QUESTIONS **25, 26, 27** and **52**

BEFORE THE DEFENDANT FILLS OUT THIS PLEA FORM.

### TO THE DEFENDANT:

(1) Before accepting your plea, there are a number of questions I must ask to assure that it is a valid plea. If you do not understand any of my questions, please say so and I will reword the question.

(2) The Courtroom Deputy will swear the defendant.

(3) Do you understand that, having been sworn, your answers to my questions will be subject to the penalties of perjury or of making a false statement if you do not answer truthfully?

   YES __X__ NO _____

(4) What is your full name?

   Christian Charles Romandetti

(5) How old are you?

   61

(6) Are you a citizen of the United States? (*If you are NOT a citizen, answer questions 6A and 6B.*)

YES __X__ NO _____

(6A) Have you discussed with your counsel whether your guilty plea will have any effect on your ability to remain in this country?

YES __X__ NO _____

(6B) Are you satisfied that you understand the effect that a guilty plea in this case may have on your right to remain in this country after any sentence is served?

YES __X__ NO _____

(7) What is the highest schooling or education you have had?

_____grade 12_____

(8) Are you presently or have you been recently under the care of a physician or psychiatrist?

YES __X__ NO _____

(9) In the past 24 hours, have you taken any narcotic drugs, medicine or pills or drunk any alcoholic beverage?

YES __X__ NO _____

(10) Have you ever been hospitalized or treated for narcotic addiction?

YES _____ NO __X__

(11) Is your mind clear?

YES __X__ NO _____

(12) Do you understand what is going on here during this proceeding?

YES __X__ NO _____

**TO DEFENSE COUNSEL:**

(13) Have you discussed this matter with your client?

YES __X__ NO _____

-2-

(14)  Does he/she understand the rights he/she would be waiving by pleading guilty?

　　　　YES __X__ NO _____

(15)  Is he/she capable of understanding the nature of these proceedings?

　　　　YES __X__ NO _____

(16)  Do you have any doubt as to the defendant's competency to plead at this time?

　　　　YES _____ NO __X__

**TO THE DEFENDANT:**

(17)  You have a right to plead not guilty.

　　　Do you understand?

　　　　YES __X__ NO _____

(18)  If you plead not guilty, under the constitution and laws of the United States, you are entitled to a speedy and public trial by jury with the assistance of counsel on the charges.

　　　Do you understand?

　　　　YES __X__ NO _____

(19)  At the trial, you would be presumed to be innocent. The Government would have to overcome that presumption and prove you guilty by competent evidence and beyond a reasonable doubt. You would not have to prove that you are innocent. If the Government failed, the jury would have the duty to find you not guilty.

　　　Do you understand?

　　　　YES __X__ NO _____

(20)  In the course of the trial, witnesses for the Government will have to come to court and testify in your presence and your counsel will have the right to cross-examine them and object to evidence offered by the Government and to offer evidence on your behalf.

　　　Do you understand?

　　　　YES __X__ NO _____

-3-

(21) At the trial, while you would have the right to testify if you choose to do so, you will not be required to testify. Under the Constitution of the United States, you cannot be compelled to incriminate yourself. If you decided not to testify, the Court would instruct the jury that they could not hold that against you.

Do you understand?

YES __X__ NO _____

(22) If you plead guilty, and if I accept the plea, you will be giving up your constitutional rights to a trial and the other rights I have just discussed. There will be no further trial of any kind and no right to appeal, or collaterally attack, the question of whether you are guilty or not. A judgment of guilty will be entered based on your guilty plea and that judgment can never be challenged. However, you may have the right to appeal with respect to the sentence imposed.

Do you understand?

YES __X__ NO _____

(23) If you plead guilty, I will have to ask you questions about what you did to satisfy myself that you are guilty of the charge(s) to which you seek to plead guilty. You will have to answer my questions and acknowledge your guilt; thus, you will be giving up your right not to incriminate yourself.

Do you understand?

YES __X__ NO _____

(24) Are you willing to give up your right to a trial and the other rights I have just discussed?

YES __X__ NO _____

**TO THE GOVERNMENT:**

(25) What agreement, if any, do you have concerning the plea and sentence?

*(Please print clearly and legibly.)*

Written plea agreement sets forth the terms of the agreement between the parties.

(26) List whether there is any waiver of appeal, or other waiver of rights included in the plea agreement: *(Please print clearly and legibly.)*

Waiver of appeal or collateral attack if sentenced to 60 months or less

Waiver of all defenses based on statute of limitations and venue as described in paragraph 4 of the plea agreement

Waiver of right to challenge constitutionality of statutes of conviction and that conduct does not meet the elements required

Waiver of right to additional disclosure from the government

Waiver of forfeiture rights as discussed in paragraph 12 of the plea agreement

(27) List the elements of the crime charged in the (Superseding) Indictment/Information:

*(Please print clearly and legibly.)*

On or about and between May 2013 and June 2016, within the EDNY and elsewhere

the defendant knowingly and willfully conspired with others to defraud investors of FCHS

by making material misstatements and omissions of material facts in order to mislead the investors to their financial detriment

in connection with the investors' shares of FCHS stock

The conspiracy to commit securities fraud affected interstate commerce by use of emails and phone calls across the United States in order to conduct the fraud scheme

In furtherance of the conspiracy, the defendant caused or caused to be committed overt acts in the charged indictment

## TO THE DEFENDANT:

(28) Are you aware of the elements of the crime which you are charged and which you are to plead guilty to?

   YES __X__ NO _____

(29) Have you discussed with your counsel the charge(s) and the (Superseding) Indictment/Information to which you intend to plead guilty?

   YES __X__ NO _____

(30) Do you understand the charge(s) in the (Superseding) Indictment/Information which you are pleading guilty to?

   YES __X__ NO _____

(31) Do you know the maximum sentence and any fines I might impose on each of the charges to which you are seeking to plead guilty to?

   YES __X__ NO _____

(32) The maximum possible penalty under count __I__ is __5 years__ months/years imprisonment, plus a fine of $__250,000, or twice the gross gain or twice the gross loss__. *(If there are more than one count to which the defendant intends to plea, please answer (32A and 32B), as needed.)*

   (32A) The maximum possible penalty under count _____ is _____ months/years imprisonment, plus a fine of $_____.

   (32B) The maximum possible penalty under count _____ is _____ months/years imprisonment, plus a fine of $_____.

(33) Do you realize that there is a $100 Special Assessment fine for each count?

   Corporate defendant(s) have a $400.00 Special Assessment fine for each count.

   YES __X__ NO _____

(34) Do you realize that the Court may order Restitution to be paid to any victims of the crime?

   YES __X__ NO _____

(35) Do you realize that if any time of imprisonment is imposed, a period of ____3____ years of Supervised Release must be imposed to follow?

**YES __X__ NO _____**

(36) Have you discussed the Sentencing Guidelines with your attorney?

**YES __X__ NO _____**

(37) Do you understand that the Sentencing Guidelines are not mandatory, but that in sentencing, the Court is required to consider the applicable guideline range along with the statutory factors listed in **18 U.S.C. § 3553(a)**, and that the Court will consider the nature and circumstances of the offence and your criminal history?

**YES __X__ NO _____**

(38) I will now read the statutory factors listed in **18 U.S.C. § 3553(a)**:

The court must impose a sentence sufficient, but not greater than necessary:

    1 a) to reflect the seriousness of the offense,

      b) to promote respect for the law, and

      c) to provide just punishment for the offense;

    2) to afford deterrence as to other criminal conduct; and

    3) to protect the public from further crimes by you.

At sentencing, the Court must also consider your cooperation if the Government submits a 5K1.1 letter.

(39) Has your attorney explained these factors listed in **18 U.S.C. § 3553(a)**?

**YES __X__ NO _____**

(40) Do you realize that if the sentence is more severe than you expected, you will be bound by your guilty plea and will not be permitted to withdraw it?

**YES __X__ NO _____**

(41) Do you have any questions you would like to ask me about the charge(s), your rights, or anything else relating to this matter?

YES \_\_\_\_\_ NO \_\_X\_\_

(42) Are you ready to plead?

YES \_\_X\_\_ NO \_\_\_\_\_

**TO DEFENSE COUNSEL:**

(43) Do you know any legal reason why your client should not plead guilty?

YES \_\_\_\_\_ NO \_\_X\_\_

**TO THE DEFENDANT:**

(44) Are you satisfied with your legal representation up until this point?

YES \_\_X\_\_ NO \_\_\_\_\_

(45) Do you believe your lawyer has done a good job?

YES \_\_X\_\_ NO \_\_\_\_\_

(46) What is your plea?

GUILTY \_\_X\_\_ NOT GUILTY \_\_\_\_\_

(47) Are you making the plea of guilty voluntarily and of your own free will?

YES \_\_X\_\_ NO \_\_\_\_\_

(48) Has anyone threatened or forced you to plead guilty?

YES \_\_\_\_\_ NO \_\_X\_\_

(49) Other than the agreement with the Government as stated on the record, has anyone made any promises that caused you to plead guilty?

YES \_\_\_\_\_ NO \_\_X\_\_

(50) Has anyone made any promise to you as to what your sentence will be?

YES \_\_\_\_\_ NO \_\_X\_\_

(51) Describe in your own words what you did in connection with the acts charged in count(s) ___1___ of the (Superseding) Indictment/Information in which you are pleading guilty:

*(Please print clearly and legibly.)*

From May 2013 to June 2016, I was the CEO of First Choice Healthcare Solutions. During this time period, I agreed with Jeff Miller, Anthony Vassallo, Mark Burnett and others to fradulently inflate the stock price and trading volume of First Choice. We did this through matched and washed trades and by using the co-defendant companies to pump the stock. We held the stock in various entities controlled by me or others to conceal that the stock was being sold by me and other insiders and co-defendants when it reached a desired price. We did not disclose these facts to investors and misled them. This occurred in Florida and Eastern District of NY.

(52) The Government will now outline their proof of the crime charged in the (Superseding) Indictment/Information: *(Please print clearly and legibly.)*

___

(53) Based upon the information given to me, I find the defendant is acting voluntarily, fully understands his/her rights and the consequences of his/her plea and that there is a factual basis for the plea. I, therefore, accept the plea of guilty to count(s) __1__ of the (Superseding) Indictment/Information.

SIGNATURE: _____    _____
(Defendant)                              (Counsel)

__Chris Romandetti__                     __Fritz Scheller__
(Defendant – Printed Name)               (Counsel – Printed Name)

Address:
200 E. Robinson St, Ste 1150
Orlando, FL 32801
Phone: 407-792-1285

Revised: 12/14/2020

- 10 -