

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:MMO
F. #2018R00843

610 Federal Plaza
Central Islip, New York 11722

June 8, 2022

By ECF
The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v Christian Romandetti, Sr.,
               Criminal Docket No. 18-0614 (JS)

Dear Judge Seybert:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Christian Romandetti. Sr., has agreed to in connection with his guilty plea accepted by Your Honor on May 24, 2022. The government respectfully requests that the Court "so order" and enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ Madeline O'Connor
      Madeline O'Connor
      Assistant U.S. Attorney
      (631) 715-7870

Encl.: Order of Forfeiture
cc:    Counsel of Record (by ECF)