# FRITZ SCHELLER, P.L.
## ATTORNEY AT LAW

200 E. ROBINSON STREET, SUITE 1150
ORLANDO, FLORIDA 32801
TELEPHONE: (407) 792-1285
FACSIMILE: (407) 649-1657

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 08 2022 ★
LONG ISLAND OFFICE

**FRITZ SCHELLER**  E-MAIL: FSCHELLER@FLUSALAW.COM

August 16, 2022

The Honorable Joanna Seybert
United States District Court Judge
100 Federal Plaza
Central Islip, New York 11722

    Re: *United States v. Christian Romandetti, et al,* Case No.: 2:18-cr-00614-JS-GRB, **Unopposed Motion to Allow Travel**

Your Honor:

    The Defendant, Christian Romandetti, moves this Honorable Court to allow him to travel to the Bahamas from September 15, 2022, to September 19, 2022. The purpose of Mr. Romandetti's request is to attend a wedding ceremony of a longtime friend.

    Mr. Romandetti is currently on pretrial supervision release and has been compliant with his conditions of release. Both the government and pretrial release do not oppose this request.

    Pursuant to 18 U.S.C. § 3142(c), a court has the authority to amend the conditions of a defendant's pretrial release. In the instant case, Mr. Romandetti's requested modification is reasonable. He has complied with the conditions of his pretrial release and the requested modification will not impact his appearance bond in this matter. Thank you in advance for your consideration.

                              Sincerely,

                              *s/ Fritz Scheller*
                              Fritz Scheller

cc:     All parties via email and ECF

SO ORDERED:
/s/ Joanna Seybert, USDJ
Dated: 9-08-22
Central Islip, NY